# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**EDUARDO QUIN IGLESIAS/REAL ESTATE MANAGEMENT,**
Appellant,

v.

**ELDORADO PLAZA WEST ASSOCIATION, INC.,**
Appellee.

No. 4D19-2972

[May 7, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. CACA18-014163 (25).

Eduardo Quin Iglesias, Miami, pro se.

Steven B. Katz of Law Office of Steven B. Katz, P.A., Lauderhill, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and FORST, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***